UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
IN RE SEALED INDICTMENT             :    ORDER
                                    :
                                    :    S1 06 Cr. 507
- - - - - - - - - - - - - - - - - -x

       Upon the annexed Affirmation and Application of the United States Attorney for the Southern District of New York, by Assistant United States Attorney SARAH Y. LAI, pursuant to the All Writs Act, Title 28, United States Code, Section 1651, indicating that Indictment S1 06 Cr. 507, is useful and necessary to a federal prosecution,

       IT IS HEREBY ORDERED, that, the indictment docketed as S1 06 Cr. 507 be unsealed and assigned to a District Judge.

Dated: New York, New York
       September 14, 2007

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 1 4 2007