UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————

UNITED STATES OF AMERICA

v.

LUIS CARLOS CONDE-FALON,
  a/k/a "Nene,"
MANUEL HUMBERTO GOMEZ,
ARLES BALLESTEROS-SANCHEZ,
LUIS ALEJANDRO LEYTON-GONZALEZ, and
JHONATAN CRUZ-VARGAS,

                Defendants.

————————————————————————

ECF CASE

**NOTICE OF APPEARANCE
AND REQUEST FOR
ELECTRONIC
NOTIFICATION**

S1 06 Cr. 507 (RJS)

TO:    Clerk of Court
        United States District Court
        Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case, and to include her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                        Respectfully submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney for the
                                        Southern District of New York

                          by:   /Sarah Y. Lai/
                               Sarah Y. Lai
                               Assistant United States Attorney
                               Tel.: (212) 637-1944

cc: Howard Leader, Esq.