**HOWARD R LEADER**
ATTORNEY AT LAW
432 PARK AVENUE SOUTH
SECOND FLOOR
NEW YORK, NEW YORK 10016

**MEMO ENDORSED**

TELEPHONE (646) 533-7696
FACSIMILE (212) 545-7514

VIA FACSIMILE

Hon. Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07

December 5, 2007

United States v. Manuel Humberto Gomez
(S1) 06 Cr. 507 (RJS)

Dear Judge Sullivan:

    This letter is submitted for the purpose of adjourning the pre-trial conference in this matter, presently scheduled for tomorrow morning. The government is not opposed.

    The reason for the request is that the government has made two "rounds" of discovery available which counsel still needs to review with Mr. Gomez. This has yet to occur because there have been representation issues which have only just been resolved.

    In light of the foregoing, we respectfully request that the Court adjourn tomorrow's conference for thirty (30) days.

    Obviously, under these circumstances, we would consent to an exclusion of the time under the Speedy Trial clock.

Respectfully submitted,

HOWARD R LEADER

cc: Sarah Lai, Esq.,
    Assistant United States Attorney

*The parties shall appear as scheduled on Dec. 6, 2007*

SO ORDERED
Dated: _____
RICHARD J. SULLIVAN
U.S.D.J.