**MEMO ENDORSED**

HOWARD R LEADER
ATTORNEY AT LAW
432 PARK AVENUE SOUTH
SECOND FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE (646) 638-7688
FACSIMILE (212) 545-7814

February 15, 2008

VIA FACSIMILE

Hon. Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

United States v. Manuel Humberto Gomez
(S1) 06 Cr. 507 (RJS)

Dear Judge Sullivan:

This letter is submitted for the purpose of requesting an extension of the time for responsible sureties to co-sign the bail-bond in this matter until the close of business next Wednesday, February 20, 2008. The government is not opposed.

As the Court will no doubt recall, bail was set last Friday, February 8, 2008. Among the conditions was that two financially responsible individuals co-sign the $150,000 bond by today. One surety has been approved, subject to his providing all relevant supporting documentation. It is counsels' understanding that he will do this on Monday. In the interim, the second co-signor is still out of the country and scheduled to return over the weekend.

In light of the upcoming President's Day Holiday and out of an abundance of caution, we are asking that the co-signors be given until close of business Wednesday, February 20, 2008 to sign the bond. We have another conference scheduled before the Court on February 21, 2008.

Respectfully submitted,

HOWARD R LEADER

cc: Sarah Lai, Esq.
Assistant United States Attorney

SO ORDERED
Dated: 2/15/08
RICHARD J. SULLIVAN
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08