**MEMO ENDORSED**

**HOWARD R LEADER**
ATTORNEY AT LAW
381 PARK AVENUE SOUTH
SUITE 701
NEW YORK, NEW YORK 10016

TELEPHONE (646) 833-7696
FACSIMILE (212) 545-7514

VIA FACSIMILE

Hon. Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
#
FILED: 2/22/08

February 20, 2008

<u>United States v. Manuel Humberto Gomez</u>
(S1) 06 Cr. 507 (RJS)

Dear Judge Sullivan:

This letter is submitted for the purpose of adjourning tomorrow morning's pre-trial conference in this matter for two weeks. The government is not opposed.

The time will permit the parties to continue their ongoing discussions regarding a resolution of this matter without the need for trial. The defense is continuing to turn over business records to the government over the next few days. Accordingly, the lawyers believe that a review of these documents and further discussions can be accomplished within the two-week time-frame requested.

Obviously, we have no objection to the Court excluding the time under the Speedy Trial clock in these circumstances.

Respectfully submitted,

*Howard R Leader*
HOWARD R LEADER

cc: Sarah Lai, Esq.,
   Assistant United States Attorney

*Conference adjourned to March 6, 2008 @ noon.*

SO ORDERED
Dated: 2/20/08
RICHARD J. SULLIVAN
U.S.D.J.