

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 3, 2008

BY FACSIMILE

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/8/08
```

### Re: United States v. Manuel Humberto Gomez
### S1 06 Cr. 507 (RJS)

Dear Judge Sullivan:

      A status conference in the above-referenced matter is scheduled for April 7, 2008, at 3:45 p.m. The Government respectfully submits this letter on behalf of both parties to request a brief one-week adjournment of the status conference. The parties had met again after the last status conference. That proffer ended with some remaining questions to which the defense was to provide answers. Unfortunately, Mr. Howard Leader, Esq. became ill with kidney stones and has not been able to respond so far. However, we hope to meet next week. Mr. Leader also informed me that assuming he is well enough, he is scheduled to be out of town on April 17th. Accordingly, the parties jointly request a brief adjournment to a date before April 17, 2008.

      If this application is granted, the Government further requests, with the defense's consent, that the time from April 7, 2008, to the adjourn date be excluded from the running of

The Honorable Richard J. Sullivan            Page 2
April 3, 2008

the Speedy Trial Act clock, pursuant to 18 U.S.C. § 3161(h)(8)(A), to allow the parties additional time to discuss a potential disposition of this case.

           Respectfully submitted,

           MICHAEL J. GARCIA
           United States Attorney
           Southern District of New York

By: _____
           Sarah Y. Lai
           Assistant United States Attorney
           Tel.: (212) 637-1944

cc:     Howard Leader, Esq. (by facsimile)

*Upon consent of all parties Conference adjourned to April 15, 2008 @ 10AM.*

SO ORDERED
Dated: 4/7/08
RICHARD J. SULLIVAN
U.S.D.J.