USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :

    -v-                                                          :        NOLLE PROSEQUI

MANUEL HUMBERTO GOMEZ,         :        S1 06 Cr. 507 (RJS)

                         Defendant.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      1.      The filing of this nolle prosequi will dispose of this case with respect to the defendant MANUEL HUMBERTO GOMEZ.

      2.      On June 15, 2006, Indictment 06 Cr. 507 (RJS) was filed, charging defendant MANUEL HUMBERTO GOMEZ and one other defendant with conspiracy to import five kilograms and more of cocaine, in violation of 21 U.S.C. § 963, and conspiracy to distribute and possess with intent to distribute five kilograms and more of cocaine, in violation of 21 U.S.C. § 846. This Indictment remains under seal.

      2.      On April 4, 2007, Indictment S1 06 Cr. 507 (RJS) was filed, charging three additional defendants with the same offenses.

      3.      Based on a review of the evidence in the case and new information pertaining to this defendant acquired subsequent to the filing of the Indictment, it has been concluded that further prosecution of MANUEL HUMBERTO GOMEZ would not be in the interests of justice.

4. In light of the foregoing, I recommend that an order of <u>nolle</u> <u>prosequi</u> be filed as to defendant MANUEL HUMBERTO GOMEZ with respect to Indictment S1 06 Cr. 507 (RJS) and underlying Indictment 06 Cr. 507 (RJS).

Sarah Y. Lai
Assistant United States Attorney
Telephone Number: (212) 637-1944

Dated: New York, New York
April 14, 2008

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of <u>nolle</u> <u>prosequi</u> be filed as to defendant MANUEL HUMBERTO GOMEZ with respect to Indictment S1 06 Cr. 507 (RJS) and underlying Indictment 06 Cr. 507.

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

Dated: New York, New York
April  16  , 2008

SO ORDERED:

HON. RICHARD J. SULLIVAN
United States District Judge
Southern District of New York

Dated: New York, New York
April  15  , 2008